# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Transgender Prison: Mrs. EyeKeyla My'Twana Carruthers Washington
(AKA) DOC#968154 - Carruthers -

[You are the PLAINTIFF, print your full name on this line.]

v.

WCC-1 / "WCF" - Westville Correctional Facility
WARDEN - Mr. Galipeau
Deputy Warden of Operations: Mr. K. Gann

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-497

[For a new case in this court, leave blank. The court will assign a case number.]

**FILED MAY 30 2023** Alfanda V. Berta, Acting Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] "WCC-1 / WCF-" | 5501 South 1100 West Westville, In. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Warden - Galipeau | 5501 S. 1100 W. Westville, In. 46391 |
| 3 | Deputy Warden of Operations Mr. K. Gann | 5501 S 1100 W Westville, In. 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? "WCF" - 5501 S. 1100 W Westville, Ind. 46391

3. Did the event you are suing about happen there? ☑ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? __5/19/23__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

*Demand 180,000 USA Currency*

1. Procedural Due Process Neglect; 1st, 4th, 5th, 8th, 14th amendment Violations; Neglect and Unfit of BAD Conditions; Suffer from Sex-discrimination, Sex-stereotyping, sex-abuse, and Sex-harassment; Negligence Custody Staff. Denied Protected Conducts; immediate danger & Physical harm.

2. I am a proud L.G.B.T.Q.+ member w/ dockets of experience of fear in for my life safety & security inside "WCF"-WCC. I amend a section 1983 for a level of attention for it to be advised bad conditions and mistreatment continues by deputy Warden K-Gann who operates D.H.B. Disciplinary Hearing Board. Negligence of unusual and cruel punishments highlights the scene of inhumane violence and conditions. Abuse of process has me and immediate danger and physical harm. Intentional infliction of emotional and physical distress because of custody staff actions and behavior of Gender Dysphoria Disorder/Transgender Person. Sex-discrimination, retaliation, sex-stereotyping and harmful sex-abuse, w/ a Procedural Due Process policy violation of a 2nd sanction Imposed show motivated factfinders of proof of immediate danger & physical harm please keep in mind this open & merit for a proper venue. Under penalties for perjury all foregoing are true & correct.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Suffer Grievance loss. and Suffer from grievance loss of appeal_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _180,000 U.SA. Currency Stop Suffering and a Order to Protect Shall be issued_

[Initial Each Statement]

_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_ / _19_ / 20_23_ at _12_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs Washington_                                       DOC # _968154_
Signature                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]