AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ANTWAN M CARRUTHERS** *Transgender* )<br>*Person: Mrs. Eye Keyla My'Twana Carruthers* )<br>*Washington*<br>*also known as*<br>Eye Keyla M Carruthers Washington<br>*also known as*<br>Antwan M Carruthers Washington<br>          Plaintiff ) | |
|        v. ) | Civil Action No.  3:23-cv-497 |
| **WESTVILLE CORRECTIONAL FACILITY** )<br>*WCC-1/WCF,* )<br>**GALIPEAU** *Warden,*<br>**K GANN** *Deputy Warden of Operations Mr*.<br>          Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____recover from the defendant _____
_____ the amount of _____ dollars ($_____),
which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of
_____ % per annum, along with costs.


☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff_____ .


**X** other:   The case is DISMISSED WITHOUT PREJUDICE_____
_____


This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.


**X** decided by Judge Damon R. Leichty

DATE:___6/22/2023_____       *Chanda J. Berta, Clerk of Court*

                                 by___s/ N. Eddy_____
                                 *Signature of Clerk or Deputy Clerk*